UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:25-cr-00158-GFVT-EBA |
| v. | ) | |
| | ) | |
| MICHAEL LA PORTA, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Edward B. Atkins. [R. 23.] On April 29, 2026, the Defendant appeared before Judge Atkins following the Defendant's Motion for Rearraignment. [R. 15; R. 20.] Judge Atkins found that the Defendant pled guilty to Count 1 of the Indictment in a knowing, voluntary, and intelligent fashion. [R. 23.] As such, Judge Atkins recommended that this Court accept the Defendant's guilty plea, and the Defendant be adjudged guilty of Count 1 of the Indictment. *Id.* at 2.

The recommendation instructed the parties to file any specific written objections within three business days after being served with the decision, or else waive the right to further review. *Id*. at 2. Neither party objected and the time to do so has now passed. Upon review, the Court is satisfied that Defendant Michael La Porta knowingly, voluntarily, and intelligently pled guilty to Count 1 of the Indictment and that an adequate factual basis supports the plea as to this count. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkins's Recommendation to Accept Guilty Plea **[R. 23]** is **ADOPTED** as and for the Opinion of the Court;

2.  Defendant Michael La Porta is **ADJUDGED** guilty of Count 1 of the Indictment; and

3.  The Defendant's Jury Trial is **CANCELLED**.

This the 6th day of May, 2026.

Gregory F. Van Tatenhove
United States District Judge