To Whom It May Concern,

I am writing this letter on behalf of Michael LaPorta to respectfully ask that you consider his character as you determine an appropriate sentence.

I have known Michael for approximately 20 years. During that time, he has become much more than someone I have worked with, he has become a trusted friend. Professionally, Michael has managed my business and worked alongside me on numerous high-budget construction projects. Over the years, I have placed a great deal of responsibility in his hands because I knew I could trust him to do the right thing.

In an industry where your word and your reputation mean everything, Michael has always been someone I could depend on. He has consistently shown honesty, dedication, and an incredible work ethic. No matter how challenging the project, he approached every task with professionalism and a commitment to doing quality work. His leadership, attention to detail, and willingness to step up whenever needed played a significant role in the success of many of our projects.

What has always stood out to me most, however, is the person Michael is away from the jobsite. In the 20 years I have known him, I have seen someone who genuinely cares about others, treats people with respect, and is always willing to lend a helping hand. He has been loyal to the people in his life and has earned my trust time and time again. Those qualities cannot be measured by any single mistake or difficult chapter in a person's life.

I recognize the seriousness of the circumstances before the Court, and I do not write this letter to excuse or minimize them. Instead, I write because I believe it is important for the Court to know the man I have known for the past 20 years. The Michael I know is compassionate, dependable, and hardworking. He has lived a life defined by helping others, honoring his commitments, and taking pride in his work.

I truly believe that Michael is a good man who deserves the opportunity to move forward from this difficult time. I respectfully ask the Court to consider the many years he has spent building a reputation for integrity, earning the trust of those around him, and contributing positively to the lives of others. I have every confidence that he will continue to do so in the future.

Thank you for your time, your consideration, and the opportunity to share my thoughts about a man I have been proud to know for the past 20 years.

Respectfully,

Anthony Carnevale