To Whom It May Concern,

My name is Jessica Kidwell, and I am the sister of Michael Anthony LaPorta. I have known him his entire life and would like to share my personal perspective of who he is as I ask the Court to consider him with leniency. I do not write to address the facts of the case, but rather to speak to the person I know.

From the time Michael was born, he was adored in our family as the first son after two girls, and he looks so much like our father. He had so much love and respect for our father his whole life and wanted to be just like him. He spent his whole life trying to mirror him and copy his mannerisms and speech, truly trying to learn how to be a man like our father. Construction work was a big part of his life for that reason, because he learned everything he knows from our dad.

My brother has always had a big heart under it all. He has been someone I could talk to when I needed an ear, always willing to listen and discuss without judgment. Some of my favorite memories are talking about our day on the porch as he stopped in to pick up his dog after work, or reminiscing about family, times past, and how things had changed over the years because we are seven years apart.

Since our father passed in January 2025, our family has felt even more fragile and broken apart. Our mother, stepmother, aunts, and the rest of us are all carrying his loss along with Michael's absence and the shock of this case. This situation has fractured our family even more, with some finding it difficult to stay in contact. I want the Court to know that he still has people who care about him and who want him to make something of himself moving forward.

I understand that this is a very serious matter and ask the Court to see that he is more than this moment in his life. He has value, skills, and the ability to do necessary work and contribute something meaningful to society in the future. I believe he will use this time to do the work needed, and I will support him as much as I can moving forward. I respectfully ask the Court to consider leniency in sentencing and to allow him the opportunity to do that.

Thank you for your time and consideration.

Respectfully,
Jessica Kidwell