To Whom It May Concern,

I have known Michael LaPorta (Mikey to me) since he was an infant. He always loved being with family. He'd follow his father around all the time, constantly wanting to do what his dad was doing. He was always very respectful, and when his grandfather died, Mikey wrote one of the best tributes I've ever read. He loves his family so much.

He could be naive sometimes, but he's also very giving and trusting. When his dad was dying, Mikey did everything he could to help out. It was a very sad time for all of us but really hard for him.  We prayed together a few times for his dad. Prayer seemed to help Mikey get through his dad's passing.

I know he made a serious mistake and he's truly sorry. When he is back in society I know he'll be back helping people. It's his nature to help others. Hopefully with time, he will be wiser and stronger.

Mikey's dad was a Lieutenant at one of the prisons in California. If he was alive his heart would be broken knowing his son was incarcerated. I respectfully ask you to be lenient in your ruling for Michael La Porta.

Sincerely,
JoAnn Talmadge