The Honorable Judge,

I am Patricia Heath-LaPorta, Michael Anthony LaPorta's stepmother, and I respectfully submit this letter to share my observations of his character with the Court.

I have known Michael since he was seven years old, and over the years I have had the opportunity to watch him grow into the man he is today. During his senior year of high school, he lived with my husband and me, where I saw firsthand his commitment to completing his education and graduating. He has always been a quick learner with a strong work ethic. After graduation, he entered the construction industry, working alongside his father, where he quickly learned the trade through dedication and determination. His employers recognized his leadership abilities, and he was promoted to a supervisory position at a relatively young age.

When my husband was diagnosed with an aggressive form of leukemia, Michael stepped up in ways that went far beyond what anyone expected. As his father's health declined and he was no longer able to work, Michael took on the responsibilities his father could no longer fulfill. He continued the work with dedication while also helping care for and support his father during his illness. Following my husband's passing, Michael was a tremendous source of strength and support to me during one of the most difficult periods of my life. His compassion, loyalty, and willingness to put his family first are qualities I will always remember.

Beyond his work and devotion to family, I have seen him willingly give his time to help others. He volunteered alongside a close family friend who was deeply involved in advocating for breast cancer awareness and support. He did so not for recognition, but because he genuinely wanted to help someone he cared about and contribute to a meaningful cause.

The man I have known has been hardworking, respectful, dependable, compassionate, and devoted to his family. While no one is defined solely by their accomplishments, I believe he is also not defined solely by the circumstances that have brought him before the Court today. I believe he has positive qualities, a strong support system, and the capacity for growth and rehabilitation.

Respectfully,

Patricia Heath-LaPorta