To Whom It May Concern,

I write this letter on behalf of my son, Michael LaPorta

Michael has always been a caring, loving and compassionate person. He is respectful and shows kindness to all. Michael is the first to volunteer to help others, raise awareness to breast cancer, or to assist with any project.

Michael tends to lead with his heart. He dropped everything to tend to his dad during his final months with terminal cancer.

Michael has made a terrible decision that has brought him before your court. This however, does not define who he is as a person. Michael has accepted responsibility for his actions and is ready to accept your decision.

Michael has learned many lessons in the past 2 years, and I sincerely believe he is committed to doing and being better with each day moving forward.I believe he can build a positive, productive future.

Personally, I ask for your grace and mercy in sentencing so I may still be alive to assist in his transition back to civilian life.

Thank you for your time, consideration and service.

Respectfully,
Robyn LaPorta