To Whom It May Concern,

Hello. My name is Valerie LaPorta, my nephew is Michael LaPorta. I am honored to write this character letter for my nephew Michael. He was always a good young man and a good citizen. Michael always showed love for family and was raised as a respectable young man and always helping in any way he could. He was an excellent caretaker to his father, Lieutenant LaPorta, when he was stricken with terminal leukemia. Michael was a full-time caretaker as well as maintaining his father's house and three pets for the last months his father was alive.

Michael LaPorta has never been in trouble with the law nor do I see that going forward. He was raised by a law enforcement family. In fact, we all knew better to obey the law at all times. This has been devastating to our family. I know my nephew has remorse through hindsight of his actions as it is absolutely out of his character to harm any other individual. As a young man who made an honest mistake, he has his whole life ahead of him. I pray for leniency from the Court so this young man can be returned to our family and be a contributing member of society once again.

Thank you for your time and consideration for my nephew Michael who is greatly missed by a large family who are feeling the void of his absence.

Sincerely,
Valerie LaPorta